# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Julie Roubideaux and Shelly Grossman, individually and on behalf of a class of similarly situated persons, | ) ) ) ) | **ORDER CANCELLING TRIAL** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Department of Corrections and Rehabilitation; et al., | ) ) ) | Case No. 1:04-cv-013 |
| Defendants. | ) | |

Before the Court is an "Application and Stipulation for Continuance of Trial" filed on April 5, 2006, on behalf of all of the parties. The parties request that the trial in this matter be cancelled because of a motion for summary judgment that is currently pending before the Court. The Plaintiffs have not filed a response to the motion for summary judgment because of on-going discovery. The parties anticipate that the Plaintiffs' response will not be filed in time to go forward with the current trial date.

The Court **ADOPTS** the stipulation of the parties. (Docket No. 104). The trial scheduled for Monday, June 5, 2006, is **CANCELLED** and will be rescheduled following a ruling on the pending motions.

**IT IS SO ORDERED.**

Dated this 11th day of April, 2006.

_____
Daniel L. Hovland, Chief Judge
United States District Court